1  GRETCHEN C. VON HELMS, ESQ.
   California State Bar No. 156518
2  105 West "F" Street, Third Floor
   San Diego, California 92101-6036
3  Telephone (619) 239-1199
   gvh@ronisandronis.com
4

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1494 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | SUBSTITUTION OF ATTORNEY |
| MARIO FRANCISCO ANDRADE-ZAMORANO, | ) | |
| Defendant. | ) | |

Defendant, MARIO FRANCISCO ANDRADE-ZAMORANO, hereby substitutes GRETCHEN C. VON HELMS, Attorney at Law at 105 West "F" Street, Third Floor, San Diego, California, telephone (619) 239-1199, as attorney of record in place and stead of Federal Defenders of San Diego, located at 225 Broadway, 9th Floor, San Diego, CA 92101

Dated: _____          See Attached _____
                             MARIO FRANCISCO ANDRADE-ZAMORANO

Substitution of Attorney
United States vs. MARIO FRANCISCO ANDRADE-ZAMORANO
================================================================

I consent to the above substitution.

Dated: _____

See attached
_____
FEDERAL DEFENDERS OF SAN DIEGO
Attorney of Record

Above substitution accepted.

Dated: May 17, 2008

S/Gretchen von Helms
GRETCHEN C. Von HELMS
Substituted Attorney for ANDRADE-ZAMORANO

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Federal Defenders**
 cassd_ecf@fd.org

**U S Attorney CR**
 Efile.dkt.gc2@usdoj.gov

Dated: May 20, 2008

S/Gretchen von Helms
GRETCHEN C. VON HELMS
ATTORNEY FOR ANDRADE-ZAMORANO

1  GRETCHEN C. VON HELMS, ESQ.
   California State Bar No. 156518
2  105 West "F" Street, Third Floor
   San Diego, California 92101-6036
3  Telephone (619) 239-1199
   gvh@ronisandronis.com
4

5

6

7
                    UNITED STATES DISTRICT COURT
8
                   SOUTHERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,        )    Case No. 08MJ1494
                                    )
11         Plaintiff,                )
                                    )
12 v.                               )    SUBSTITUTION OF ATTORNEY
                                    )
13 MARIO FRANCISCO ANDRADE-         )
                  ZAMORANO,         )
14                                  )
           Defendant.                )
15 _____ )

16     Defendant, MARIO FRANCISCO ANDRADE-ZAMORANO, hereby substitutes
17 GRETCHEN C. VON HELMS, Attorney at Law at 105 West "F" Street, Third Floor, San
18 Diego, California, telephone (619) 239-1199, as attorney of record in place and stead of
19 Federal Defenders of San Diego, located at 225 Broadway, 9th Floor, San Diego, CA 92101
20

21 Dated: 5-17-08                         _____
22                                        MARIO FRANCISCO ANDRADE-ZAMORANO

| | |
|---|---|
| 1 | |
| 2 | Substitution of Attorney<br>United States vs. MARIO FRANCISCO ANDRADE-ZAMORANO |

I consent to the above substitution.

Dated: 5/19/2008

_____
FEDERAL DEFENDERS OF SAN DIEGO
Attorney of Record

Above substitution accepted.

Dated: 5-17-08

_____
GRETCHEN C. Von HELMS
Substituted Attorney for ANDRADE-ZAMORANO

### CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

Dated:

_____
GRETCHEN C. VON HELMS
ATTORNEY FOR ANDRADE-ZAMORANO

2