1  **LEILA W. MORGAN**
   California Bar No. 232874
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   Leila_Morgan@fd.org
5

6  Attorneys for Defendant

7

8                     UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        )  Case No.  08MJ1494
                                      )
11 |        Plaintiff,                )
                                      )  **NOTICE OF APPEARANCE**
12 | v.                               )
                                      )
13 | MARIO FRANCISCO ANDRADE-ZAMORANO,)
                                      )
14 |                                  )
        Defendant.                    )
15 | _____

16
         Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila
17
   W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the
18
   above-captioned case.
19
                                    Respectfully submitted,
20

21
   Dated:  May 24, 2008              /s/  *Leila W. Morgan*
22                                   **LEILA W. MORGAN**
                                     Federal Defenders of San Diego, Inc.
23                                   Leila_Morgan@fd.org
                                     Attorneys for Defendant
24

25

26

27

28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED:  May 24, 2008                                    */s/ Leila W. Morgan*
                                                                            **LEILA W. MORGAN**
                                                                            Federal Defenders of San Diego, Inc.
                                                                            Leila_Morgan@fd.org