1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **SOUTHERN DISTRICT OF CALIFORNIA**

10 | UNITED STATES OF AMERICA,    )    Case No. 08MJ1494
                                  )
11 |        Plaintiff,             )
                                  )
12 | v.                            )    ORDER
                                  )
13 | MARIO FRANCISCO ANDRADE-      )
                      ZAMORANO,   )
14 |                               )
         Defendant.                )
15 | _____)

16

17   **IT IS HEREBY ORDERED** THAT GRETCHEN C. VON HELMS, Attorney at Law

18 at 105 West "F" Street, Third Floor, San Diego, California, telephone (619) 239-1199, is

19 substituted in as attorney of record in place and and stead of Federal Defenders of San Diego,

20 located at 225 Broadway, 9th Floor, San Diego, CA 92101.

21

22 DATED: May 20, 2008

23
                                              _____
24                                            **CATHY ANN BENCIVENGO**
                                              United States Magistrate Judge
25
26
27
28