FILED
JUN 12 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR1924-IEG |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 21, U.S.C., Secs. 952 and 960 - Importation of Methamphetamine (actual) (Felony) |
| MARIO FRANCISCO ANDRADE-ZAMORANO, | |
| Defendant. | |

The United States Attorney charges:

On or about May 13, 2008, within the Southern District of California, defendant MARIO FRANCISCO ANDRADE-ZAMORANO, did knowingly and intentionally import 50 grams or more, to wit: approximately 6.25 kilograms (13.75 pounds) of Methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/12/08.

KAREN P. HEWITT
United States Attorney

*[signature]*
W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
5/28/08