AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

**FILED JUN 1 2 2008**

| | |
|---|---|
| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
| v. | |
| MARIO FRANCISCO ANDRADE-ZAMORANO | CASE NUMBER: 08cr1924 IEG |

I, __MARIO FRANCISCO ANDRADE-ZAMORANO__, the above named defendant, who is accused of committing the following offense:

Importation of Methamphetamine (actual), in violation of Title 21, United States Code, Sections 952 and 960 (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __June 12, 2008__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer